JAMES D. FISH, as Receiver, etc., Appellant, *v.* JOSEPH HAYWARD et al., Respondents.

(Argued June 27, 1883 ; decided October 2, 1883.)

*George W. Wingate* for appellant.

*A. J. Vanderpoel* for respondent.

Agree to affirm on  opinion below.
All concur, except ANDREWS, J., absent.
Judgment affirmed.